1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
6         FAX: (415) 436-6748
          kelsey.helland@usdoj.gov
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            EUREKA DIVISION

12
   CSILLA S. KIMBER,                ) CASE NO. 1:25-CV-06380-RMI
13                                  )
        Plaintiff,                  ) **STIPULATION RE: SCHEDULE;**
14                                  ) **[PROPOSED] ORDER**
      v.                            )
15                                  )
   SSA, et al.,                     )
16                                  )
        Defendants.                 )
17                                  )
                                    )
18                                  )
   _____ )
19

Pursuant to the Court's Order Granting Stipulation to Stay Case, Dkt. Nos. 11, *see also* Dkt. No. 12, the parties hereby respectfully submit this stipulation regarding the schedule for Defendants' response to the Complaint.

Prior to the Order, Defendants' deadline to respond to the Complaint was November 14, 2025. *See* Dkt. No. 9. The Order extended that deadline "for a period of time commensurate with the duration of the lapse in appropriations." Dkt. No. 11. The lapse in appropriations lasted 43 days. Defendants' deadline is therefore currently December 29, 2025.

However, because the continued deadline falls over the winter holidays, the parties respectfully request that the Court continue Defendants' deadline to respond to the Complaint to January 6, 2026.

DATED: November 24, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*[1]
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Defendants*

DATED: November 24, 2025

*/s/ Csilla S. Kimber*
CSILLA S. KIMBER

*Plaintiff* pro se

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. RE: SCHEDULE; [PROPOSED] ORDER
1:25-CV-06380-RMI

1                                **[PROPOSED] ORDER**

2      Pursuant to stipulation, IT IS SO ORDERED.

4    DATED: November 25, 2025

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge

STIP. RE: SCHEDULE; [PROPOSED] ORDER
1:25-CV-06380-RMI